ruled, with costs, with leave to plaintiff to withdraw demurrer on payment of costs, on the authority of Casey v. Auburn Tel. Co., 155 App. Div. 66, 139 N. Y. Supp. 579. Order filed. See, also, 144 N. Y. Supp. 1126.

---

LOBLE v. NINTH ST. GARAGE. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Pauly Loble against the Ninth Street Garage. No opinion. Motion granted. Question certified. Order filed. See, also, 144 N. Y. Supp. 1126.

---

LOCHRANE, Respondent, v. AMANN, Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by Annie Lochrane, as administratrix, etc., against Charles Amann. No opinion. Order denying motion to set aside the verdict and for a new trial unanimously affirmed, with costs.

---

LOEW, Respondent, v. McINERNEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by Lottie Loew against Charles A. McInerney and others. No opinion. Motion for reargument (of 144 N. Y. Supp. 546) denied, with $10 costs.

---

LOGAN et al., Respondents, v. NEW AMSTERDAM GAS CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by William J. Logan and another against the New Amsterdam Gas Company.

PER CURIAM. Upon appeals from orders granting or refusing temporary injunctions, this court does not pass on the merits of the controversy, save in exceptional cases. Matter of Whitten, 152 App. Div. 506, 512, 137 N. Y. Supp. 360. The continuance of this temporary injunction is not shown to be any special hardship, such as might call for a review of the discretion exercised by the Special Term. The injunction order is therefore affirmed, without passing upon the merits of the suit. Order affirmed, with $10 costs and disbursements.

---

LONGWORTH, Respondent, v. LONGWORTH, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Hannah S. Longworth against William H. Longworth and Mary A. Longworth.

PER CURIAM. Motion for reargument (of 157 App. Div. 377, 142 N. Y. Supp. 71) granted, solely for the purpose of permitting this court, instead of ordering a new trial, to direct judgment absolute for the defendant, and case set down for Wednesday, November 19, 1913. See, also, 143 N. Y. Supp. 1128; 144 N. Y. Supp. 1126.

STAPLETON, J., not voting.

LONGWORTH v. LONGWORTH. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Hannah S. Longworth against William H. Longworth. No opinion. Judgment reversed on reargument, without costs, upon questions of law and fact, and complaint dismissed. Settle order before Mr. Justice Thomas. See, also, 144 N. Y. Supp. 1126.

---

LORBACH, Appellant, v. MADEIRA–MAMORE RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by John Lorbach against the Madeira-Mamore Railway Company. No opinion. We think the complaint sufficiently definite and certain. The matter in the complaint objected to as irrelevant is not sufficiently so, if at all, to justify its being stricken out. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

---

LUCARELLI, Respondent, v. O'BRIEN CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by Nicola Lucarelli against the O'Brien Construction Company. No opinion. Order affirmed, without costs.

---

LUONGO, Respondent, v. ALOHA REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Rafael Luongo against the Aloha Realty Company, impleaded with others. A. E. Hartcorn, of New York City, for appellant. G. H. Taylor, Jr., of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

LYDEN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Michael J. Lyden against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

In re LYMAN. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) In the matter of the application for the appointment of a committee of the person and property of Katherine K. C. Lyman, an alleged incompetent person. No opinion. Motion for stay pending appeal to the Court of Appeals denied, with $10 costs. See, also, 143 N. Y. Supp. 1128.

---

LYNN, Appellant, v. COHAN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by William H. Lynn against George M. Cohan and another. T. J. McManus, of New York City, for appellant. M. L. Malevinsky, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.